IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEAN SHOOP,** | : | |
| Petitioner | : | No. 1:25-cv-00943 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **THE PENNSYLVANIA BOARD OF PAROLE, et al.,** | : | |
| | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 31st day of July 2025, upon consideration of the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by pro se Petitioner Dean Shoop ("Shoop") (Doc. No. 1) and Respondents' response in opposition to the petition (Doc. No. 8), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Shoop's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**;

2. The Clerk of Court is directed to **MAIL** a copy of this Order and the accompanying Memorandum to Shoop at his address of record;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania